## UNITED STATES of America Plaintiff-Appellee

### v.

## Jesse Howard GARCIA Defendant-Appellant

### No. 17-1012

United States Court of Appeals, Eighth Circuit.

Submitted: March 1, 2017

Filed: April 28, 2017

LeeAnn K. Bell, Assistant U.S. Attorney, U.S. Attorney's Office, District of Minnesota, Minneapolis, MN, for Plaintiff-Appellee

Jesse Howard Garcia, Pro Se

Before LOKEN, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Jesse Garcia directly appeals the district court's[1] judgment entered on a jury ver-

dict finding him guilty of conspiring to distribute methamphetamine, and of being a felon in possession of a firearm. On appeal, Garcia challenges the district court's jurisdiction based on his assertion that he is a "private, sovereign, flesh and blood man." The government has moved for summary disposition.

We conclude that Garcia's jurisdictional challenge lacks merit. See United States v. Hart, 701 F.2d 749, 750 (8th Cir. 1983) (per curiam) (rejecting jurisdictional challenge based on defendant's argument that he was sovereign citizen). Accordingly, we grant the government's motion, and summarily affirm the district court's judgment. See 8th Cir. R. 47A(a).

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.